UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

Niel Alan Scott and Robin Lee Scott     6:10-bk-00431
   Debtor(s)
_____/

### AFFIDAVIT RE: PAY ADVICES AND TAX RETURNS

I, Robin Lee Scott, declare under penalty of perjury that I am currently not employed and have not been employed for the past 6 months and have no pay advices.

*Robin Lee Scott*
Robin Lee Scott, Debtor

I HEREBY CERTIFY that true and correct copies of the this Affidavit were furnished by U.S. Mail, ECM service, this 17th day of January 2010, to U.S. Trustee, 135 W. Central Blvd. Ste. 620, Orlando, FL 32801, Trustee via ECM Service.

/s/ Isabel E. Freeman
Isabel E. Freeman, Esquire
FREEMAN LEGAL ASSOCIATES, P.A.
151 W. Silver Star Road
Post Office Box 339
Ocoee, Florida 34761
Telephone 407-877-7995
Florida Bar No. 760481